COOPER & MILLER, LLC
By: Brad S. Miller, Esquire
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102
Telephone: 267.808.6500
E-Mail: bmiller@coopermillerlaw.com

Attorneys for Defendant, HBC Management Services, Inc.

|  |  |
|---|---|
| HAROLD CALHOUN, JR.,<br>67 Poe Avenue<br>Newark, New Jersey 07106<br><br>                                          Plaintiff,<br><br>                    vs.<br><br>HBC MANAGEMENT SERVICES, INC.,<br>485 Devon Park Drive, Suite 109<br>Wayne, Pennsylvania 19087-1840<br><br>and JOHN DOES 1-10, and ABC CORPS<br>1-10,<br><br>                                          Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. _____<br><br>[formerly Superior Court of New Jersey,<br>Law Division, Essex County, Docket No.<br>2254-22] |

## NOTICE OF REMOVAL

Defendant, HBC Management Services, Inc. ("HBC") hereby removes Docket No.

2254-22 from the Superior Court of New Jersey, Law Division, Essex County, to the

United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1332,

1441, and 1446, and as grounds for removal states as follows:

1.       On April 13, 2022, Plaintiff filed a Complaint in the Superior Court of New Jersey, Law Division, Essex County captioned as <u>Harold Calhoun, Jr. vs. HBC Management Services, Inc., and John Does 1-10, and ABC Corps 1-10</u>, which was assigned docket number 2254-22 (the "State Court Action"). A copy of the Complaint and all other process, pleadings, orders, and documents served upon HBC in the State Court Action are attached hereto as Exhibit A.

2.       HBC was served with a summons and the Complaint on April 20, 2022.

3.       The Complaint asserts that HBC wrongfully terminated and discriminated against Plaintiff on account of his race, in alleged violation of the New Jersey Law Against Discrimination, and wrongfully terminated Plaintiff in violation of public policy, in alleged violation of New Jersey common law.

<u>BASIS FOR DIVERSITY JURISDICTION</u>

4.       This Court has jurisdiction over this matter, pursuant to 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant and more than $75,000, exclusive of interest and costs, is in controversy.

5.       Plaintiff alleges that he is a resident of the City of Newark, County of Essex, State of New Jersey.

6.       HBC is a corporation, incorporated in the State of Hawaii, whose principal place of business is located within the Commonwealth of Pennsylvania, at 485 Devon

Park Drive, Suite 109, Wayne, Pennsylvania. (Declaration of Bradley H.K. Cooper, attached hereto as Exhibit B.)

7.    The Complaint alleges that there are fictitious defendants, which it describes as "to date unknown and/or undiscovered individuals or entities yet to be discerned who were employed by Defendants or its related entities, and who actively participated in and/or aided and abetted in the unlawful conduct directed towards the Plaintiff."

8.    However, 28 U.S.C. § 1441(b)(1) provides that for the purposes of determining whether a civil action is removable on the grounds relied upon here, the citizenship of defendants sued under fictitious names shall be disregarded.

9.    Therefore, there is complete diversity between Plaintiff and Defendant in this action.

10.    The Complaint does not specify a precise amount in controversy, but it alleges that "Plaintiff has suffered, and continues to suffer, severe emotional distress, economic loss, humiliation, and mental anguish" and it seeks judgment for "compensatory damages", "punitive damages", "counsel fees", and "any other relief that the court deems to be just and equitable."

11.    In 2020, the last calendar year of his employment, Plaintiff earned wages from Defendant of $60,372.98. (2020 W-2 Form for Harold Calhoun, attached hereto as Exhibit C.)

12. The Complaint does not specify an accrual period for back pay but the time between the alleged wrongful act and the filing of this document encompasses approximately 18 months.

13. Therefore, the back pay sought by Plaintiff's Complaint, by itself, would be approximately $90,000.

14. Plaintiff's Complaint seeks damages for emotional pain, thereby adding to the amount in controversy in this case.

15. The New Jersey Law Against Discrimination allows for recovery of attorneys' fees by successful plaintiffs, and Plaintiff's Complaint adds such fees to the amount in controversy in this case.

16. Plaintiff's Complaint adds punitive damages to the amount in controversy in this case.

17. Moreover, the undersigned has been informed by Plaintiff's counsel that his demand for potential settlement of this matter included payment of $95,000.

18. A reasonable reading of the value of rights being litigated, considering the relief being sought as well as Plaintiff's valuation of the case for settlement purposes, demonstrates that well over $75,000 is in controversy and the jurisdictional requirements of 28 U.S.C. § 1332(a) have been satisfied in full.

<u>COMPLIANCE WITH 28 U.S.C. § 1446</u>

19. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders,

and documents served upon HBC in the State Court Action are being filed with this Notice of Removal and are attached hereto as Exhibit A.

20.     This Notice of Removal has been filed within 30 days of April 20, 2022, the date on which HBC was served with the summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

21.     Venue is proper in this Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), because the United States District Court for the District of New Jersey encompasses the place where the State Court Action is pending.

COOPER & MILLER, LLC

By:_____
     Brad S. Miller, Esquire
     Attorney for Defendant, HBC Management
          Services, Inc.

Dated: May 13, 2022

COOPER & MILLER, LLC
By: Brad S. Miller, Esquire
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102
Telephone: 267.808.6500
E-Mail: bmiller@coopermillerlaw.com

Attorneys for Defendant, HBC Management Services, Inc.

|  |  |
|---|---|
| HAROLD CALHOUN, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>HBC MANAGEMENT SERVICES, INC.,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. _____<br><br>[formerly Superior Court of New Jersey, Law Division, Essex County, Docket No. 2254-22] |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal, with exhibits, is being sent this date by e-mail per written consent to Michael A. Koribanick, Esquire, MKoribanick@pirozinnalaw.com, 360 Passaic Avenue, Nutley, NJ 07110.

COOPER & MILLER, LLC

By: _____

Brad S. Miller, Esquire
Attorney for Defendant, HBC Management
Services, Inc.

Dated: May 13, 2022